**The below described is SIGNED.**

**Dated: February 22, 2010**

*R. Kimball Mosier* (signature)

**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**

_____

PETER J. SALMON (UT BN 9382)
DAVID E. McALLISTER (UT BN 11824)
PITE DUNCAN, LLP
4375 Jutland Drive
Suite 200; P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: pdmutecf@piteduncan.com

Attorneys for AURORA LOAN SERVICES LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF UTAH

| | |
|---|---|
| In re<br><br>KORTNEY ALAN SATO ,<br><br>Debtor(s).<br><br>SSN: XXX-XX-0714 | Bankruptcy Case No. 09-20092-RKM<br><br>Chapter 13<br><br>ORDER GRANTING RELIEF FROM AUTOMATIC STAY |

The Court, having considered the Motion for Relief From the Automatic Stay ("Motion") filed by Aurora Loan Services LLC ("Movant") and noting that the Motion, Notice of Hearing, and other supporting documents were properly served on all parties entitled to notice, and finding that no objection has been filed, and other good cause appearing,

-1-

**Filed: 02/19/10**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The automatic stay of 11 United States Code section 362 is hereby terminated to allow Movant to exercise its contractual state and common law remedies as they relate to the Note and Deed of Trust encumbering the real property commonly known as 241 East 7350 South, Midvale, Utah 84047 ("Real Property"), which is legally described as:

> Lot 1A, AMENDED FIVE G SUBDIVISION, according to the official plat thereof, on file and of record in the office of the Recorder of Salt Lake County, State of Utah, filed for record as Entry No. 7628854 in Book 2000P at Page 107 of Official Records.
>
> Together with a right of way over the following tract:
>
> Commencing at a point 41 rods West and North 16.3 rods and South 89° East 181 feet and North one-half rod from the center of Section 30, Township 2 South, Range 1 West, Salt Lake Base and Meridian; and running thence South 89° East 27 rods, more or less, to a North-South Street; thence South 2.15 rods; thence North 89° West 27 rods; thence North 2.15 rods to the point of beginning.
>
> Parcel No.: 22-30-181-038

2. Upon entry of this Order, the Chapter 13 Trustee shall cease making any further payments in regard to Movant's claim filed in this bankruptcy case.

3. Post-petition attorneys' fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law.

4. Movant shall file an amended general unsecured Proof of Claim within 180 days of the foreclosure sale of the Real Property for any deficiency balance due under the Note or such claim shall be paid $0.00.

DATED this _____ day of _____, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I duly mailed, postage prepaid, on the ____ day of _____, 2010, a true and correct copy of the foregoing Order Granting Relief from Automatic Stay to the following:

Pite Duncan, LLP
4375 Jutland Drive
Suite 200
San Diego, CA 92117

Kortney Alan Sato
241 East 7350 South
Midvale, UT 84047

Perry Alan Bsharah
Bsharah Law Group
231 East 400 South, Ste. 350
Salt Lake City, UT 84111-2831

Kevin R. Anderson
405 South Main Street, Suite 600
Salt Lake City, UT 84111

U.S. Trustee
United States Trustee
District of Utah
Ken Garff Bldg.
405 South Main Street, Suite 300
Salt Lake City, UT 84111

WASHINGTON MUTUAL
7255 BAY MEADOWS WAY
JACKSONVILLE, FL 32256

_____